IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WESTLAKE HARDWARE, INC., and<br>REALTY INCOME CORPORATION,<br><br>　　　　　Defendants. | **8:17CV240**<br><br>**ORDER** |

Defendant Westlake Hardware, Inc. was served on July 14, 2017. Defendant Westlake has failed to respond.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until January 24, 2018, to either move for entry of a default or to dismiss his claim against Westlake Hardware, Inc., in the absence of which Plaintiff's claims against Defendant Westlake will be dismissed for want of prosecution and without further notice.

2) The clerk shall mail a copy of this order to Defendant Westlake Hardware, Inc. at:
   > Westlake Hardware, Inc.
   > C T Corporation System
   > 5601 South 59th Street
   > Lincoln, NE 68516

December 27, 2017.　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge