IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | 8:17CV240 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| WESTLAKE HARDWARE, INC., and REALTY INCOME CORPORATION, | |
| Defendants. | |

The Joint Motion to Extend Progression Order Deadlines (Filing No. 42) is granted.

Accordingly, IT IS ORDERED that:

1) The deadline to file motions to dismiss and motions for summary judgment shall be November 2, 2018. The parties are advised, however, if a motion for summary judgment is not filed before October 28, 2018, it may not be ruled on prior to the Pretrial Conference.

2) The deadline to file Motions to Exclude Testimony on Daubert and related grounds shall be November 2, 2018.

Dated this 24th day of October, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge